

**ORDERED in the Southern District of Florida on March 28, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

KEVIN ROHALMIN,

        Debtor.
_____/

Case No.  16-25652-AJC

Chapter 7

**ORDER GRANTING MOTION FOR APPROVAL
OF SETTLEMENT AGREEMENT BETWEEN TRUSTEE
DILLWORTH AND LINDSAY PURSUANT TO FED. R. BANKR. P. 9019**

THIS MATTER came before the Court upon the Motion for Approval of Settlement Between Trustee Dillworth and Alexandria Motor Cars, Inc., Lindsay Ford, LLC and Lindsay Motors, LLC (collectively, "Lindsay"). Pursuant to Fed.R.Bankr.P. 9019 [ECF No. 186] ("Motion"),[1] filed by Drew M. Dillworth, duly appointed, qualified, authorized and acting Chapter 7 Trustee ("Trustee") for the Chapter 7 bankruptcy estate of Kevin Rohalmin ("Debtor").

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as ascribed in the Motion.

In the Motion, pursuant to 11 U.S.C. § 105, Fed.R.Bankr.P. 9019 and Local Rule 9013-1(D)(3)(b), Trustee sought entry of an Order approving the Settlement Agreement ("Agreement") between Trustee and Lindsay. The Agreement resolves the disputes between Trustee and Lindsay regarding certain claims brought forth against Lindsay.

Trustee by submitting this form of order has represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on Trustee, a response to the Motion, and that the form order was attached as an exhibit to the Motion.

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The Agreement, a copy of which was attached as Exhibit A to the Motion, is **APPROVED** in its entirety.

3. The Court retains jurisdiction over the Agreement and the parties to the Agreement to interpret and enforce the Agreement.

# # #

**Submitted by and Copy furnished to:**
Eric J. Silver, Esq.
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-2688
esilver@stearnsweaver.com

(Attorney Silver shall serve a copy of this Order
as provided by Local Rule and file a Certificate of Service)

#7223195 v1